# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL LONG**  **PLAINTIFF**

v. Case No: 4:19-CV-00936-LPR

**CHRIS CARNAHAN**, *et al.*  **DEFENDANTS**

## ORDER

Michael Long ("Plaintiff") was in custody at the Faulkner County Detention Center when he filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. 1). On January 22, 2020, the Court denied Plaintiff's Application to Proceed Without Prepayment of Fees because he did not submit an affidavit along with his calculation sheet and certificate. (Docs. 2, 5). Plaintiff was directed to pay the filing fee or submit an affidavit in support of his Application within thirty (30) days, along with an updated certificate and calculation sheet if he was still incarcerated. (Doc. 5 at 2). Plaintiff was warned that his failure to comply with the January 22 Order may result in the dismissal of his case without prejudice. *Id.*, citing LOCAL RULE 5.5(c)(2).

Plaintiff has not complied with or otherwise responded to the January 22, 2020 Order, and the time for doing so has passed. Accordingly, Plaintiff's Motion to Redact (Doc. 4) is DENIED and his Complaint (Doc. 1) is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE