IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL LONG**                                                                                         **PLAINTIFF**

v.                               Case No: 4:19-CV-00936-LPR

**CHRIS CARNAHAN,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Michael Long's Complaint is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of March 2020.

                                                                                      _____
                                                                                      UNITED STATES DISTRICT JUDGE